## THIRD DEPARTMENT, DECEMBER TERM, 1888.

**Decisions handed down December 31, 1888.**

In the Matter of the Guardianship of Alberta Van Vranken, an Infant. — Orders reversed without costs to any party, and without prejudice to a renewal of the application by any party. Opinion by Learned, P. J.

Joseph Sondheimer, Appellant. v. The Troy and Lansingburgh Railroad Company, Respondent. — Judgment of County Court reversed, and that of justice affirmed, with costs. Opinion by Learned, P. J.

In the Matter of the Application against the Highway Commissioners of Glen and Florida.— Order affirmed, with ten dollars costs and printing disbursements, without prejudice to the public's right to the alleged old highway, or to the renewal of the application if a changed condition should render it expedient. Opinion by Landon, J.

In the Matter of William E. Spier and others, Respondents, v. The Commissioners of Highways of the Town of Moreau, etc., Appellants.—Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.